IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:96CR90

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN CLIVE FERGUSON ) | |

**THIS MATTER** is before the Court on notice from the United States Marshal that the Defendant is currently suffering from a medical condition that renders him physically unable to be transported from his place of incarceration to Asheville, North Carolina, in order to attend the resentencing hearing scheduled for September 9, 2005. The United States Marshal further advises that the Defendant will be physically unable to travel for some period of time; and that the Court will be kept informed of any change in the Defendant's medical condition.

**IT IS, THEREFORE, ORDERED** that the resentencing hearing scheduled for Friday, September 9, 2005, at 2:30 PM, is hereby **CONTINUED** until further Order of this Court.

**Signed: August 30, 2005**

Lacy H. Thornburg
United States District Judge